1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MELVYN HATCH,

11              Plaintiff,              No. CIV S-09-1861 KJM P

12        vs.

13    LAURIE BERLINER,

14              Defendant.              <u>ORDER</u>

15    _____/

16              Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action

17    pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis

18    pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be

19    completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has

20    not filed a certified copy of his prison trust account statement for the six month period

21    immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be

22    provided the opportunity to submit a completed in forma pauperis application and a certified

23    copy in support of his application.

24    /////

25    /////

26    /////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall submit, within thirty days from the date of this order, a

3  completed affidavit in support of his request to proceed in forma pauperis on the form provided

4  by the Clerk of Court;

5    2.  The Clerk of the Court is directed to send plaintiff a new Application to

6  Proceed In Forma Pauperis By a Prisoner; and

7    3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8  copy of his prison trust account statement for the six month period immediately preceding the

9  filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10  recommendation that this action be dismissed without prejudice.

11  DATED: July 14, 2009.

12  _____

13  U.S. MAGISTRATE JUDGE

14  4/mp
    hatc1861.3c+new

15

16

17

18

19

20

21

22

23

24

25

26